Opinion issued September 19, 2002



 


 







In The

Court of Appeals

For The

First District of Texas






NO. 01-01-00165-CV






GARY M. BENNETT, Appellant


V.


TEXAS COASTAL BANK PASADENA and BILLY F. HOLCOMB, Appellees






On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 99-19923






O P I N I O N

 

 Appellant, Gary M. Bennett, filed a motion to dismiss on August 30, 2002. 
The appellate court may dispose of an appeal in accordance with a motion of
appellant to dismiss the appeal. Tex. R. App. P. 42.1(a)(2). Accordingly, the appeal
is dismissed. Id.

 All pending motions in this appeal are overruled as moot. The Clerk is directed
to issue mandate immediately. Tex. R. App. P. 18.1(c). 

PER CURIAM


Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.4.







 



 
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals,
First District of Texas at Houston, participating by assignment.